949 A.2d 207

IN THE MATTER OF ROLAND G. HARDY, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 002781978).

June 12, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in *DRB* 07–414, concluding pursuant to *Rule* 1:20–6(c)(1), that **ROLAND G. HARDY, JR.,** of **WOODBURY,** who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.8(a) (engaging in business transaction with client without complying with safeguards of rule), *RPC* 1.15(a) (negligent misappropriation of trust funds), and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **ROLAND G. HARDY, JR.** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.